DAYLE ELISON
Acting United States Attorney
NADIA AHMED
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00046-GMN-PAL-19 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| JASON WOODS | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Zack Bowen</u>, Senior U.S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the Court.

Dated this 22nd day of January, 2018.

                                                                     DAYLE ELISON
                                                                    Acting United States Attorney

                                                                   By   /S/                          .
                                                                      NADIA AHMED
                                                                      Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JASON WOODS　　　　　　　　　　　　　Docket No 2:16-cr-00046-GMN-PAL-19

Petition for Action on Conditions of Pretrial Release

　　　COMES NOW ZACK BOWEN, SENIOR U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant JASON WOODS. The defendant appeared before Your Honor on December 4, 2017 and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
4. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
5. The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: the Government's witness list.
6. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
7. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs.
   　　Curfew: The defendant is restricted to his/her residence every day from _____ to _____ and/or a time schedule deemed appropriate by Pretrial Services or the supervising officer. The curfew is subject to Pretrial Services' discretion.

8. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology:
   　　Global Positioning Satellite (GPS) monitoring.

9. The defendant shall not tamper with, damage, or remove the monitoring device and shall charge the said equipment according to the instructions provided by Pretrial Services or the supervising officer.
10. The defendant shall pay all or part of the cost of the location monitoring program based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
11. Appear in court as ordered.
12. Notify Pretrial Services, the Court, and counsel, in writing, prior to any change of address or phone number.

**Respectfully presenting petition for action of Court and for cause as follows:**

Based upon the nature of the alleged offense, Pretrial Services requests firearms conditions be added to the defendant's bond. Based upon the known prior use of marijuana our office respectfully requests drug testing and restrictions be added to the defendant's bond.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S BOND TO ADD THE FOLLOWING: 1) THE DEFENDANT SHALL REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE, OR OTHER DANGEROUS WEAPONS; 2) ANY FIREARMS AND/OR DANGEROUS WEAPONS SHALL BE REMOVED FROM THE DEFENDANT'S POSSESSION PRIOR TO RELEASE FROM CUSTODY AND THE DEFENDANT SHALL PROVIDE WRITTEN PROOF OF SUCH TO PRETRIAL SERVICES OR THE SUPERVISING OFFICER; 3) THE DEFENDANT SHALL SUBMIT TO ANY TESTING REQUIRED BY PRETRIAL SERVICES OR THE SUPERVISING OFFICER TO DETERMINE WHETHER THE DEFENDANT IS USING A PROHIBITED SUBSTANCE. ANY TESTING MAY BE USED WITH RANDOM FREQUENCY AND MAY INCLUDE URINE TESTING, THE WEARING OF A SWEAT PATCH, A REMOTE ALCOHOL TESTING SYSTEM AND/OR ANY FORM OF PROHIBITED SUBSTANCE SCREENING OR TESTING. THE DEFENDANT SHALL REFRAIN FROM OBSTRUCTING OR ATTEMPTING TO OBSTRUCT OR TAMPER, IN ANY FASHION, WITH THE EFFICIENCY AND ACCURACY OF ANY PROHIBITED SUBSTANCE TESTING OR MONITORING WHICH IS/ARE REQUIRED AS A CONDITION OF RELEASE; 4) THE DEFENDANT SHALL PAY ALL OR PART OF THE COST OF THE TESTING PROGRAM BASED UPON HIS ABILITY TO PAY AS PRETRIAL SERVICES OR THE SUPERVISING OFFICER DETERMINES; 5) THE DEFENDANT SHALL REFRAIN FROM USE OR UNLAWFUL POSSESSION OF A NARCOTIC DRUG OR OTHER CONTROLLED SUBSTANCES DEFINED IN 21 U.S.C. § 802, UNLESS PRESCRIBED BY A LICENSED MEDICAL PRACTITIONER; 6) THE DEFENDANT SHALL NOT BE IN THE PRESENCE OF ANYONE USING OR POSSESSING A NARCOTIC DRUG OR OTHER CONTROLLED SUBSTANCES.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. Executed on this 22nd day of January, 2018. |
|---|---|
| Considered and ordered this 24th day of January, 2018 and ordered filed and made a part of the records in the above case. | Respectfully Submitted, |
| Honorable Peggy A. Leen<br>U.S. Magistrate Judge | Zack Bowen<br>Senior U.S. Pretrial Services Officer<br>Place: Las Vegas, Nevada |