KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JASON WOODS,<br><br>        Defendant. | **Case No. 2:16-cr-00046-GMN-PAL**<br><br>**MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST IN THIS CASE** |

    JASON WOODS, by and throught his counsel of record KRISTINE M. KUZEMKA, Esq., hereby submits the following Motion to be Removed from the CM/ECF Electronic Notice List in case 2:16-cr-00046-GMN-PAL.

    DATED this 14th day of January, 2019.

BY   /s//*KRISTINE M. KUZEMKA*
        KRISTINE M. KUZEMKA, ESQ.
        Nevada Bar #8836
        Kuzemka Law Group
        1180 N. Town Center Drive, Ste. 100
        Las Vegas, Nevada 89144
        (702) 949-9990
        Attorney for Defendant

**IT IS SO ORDERED** this 16th day of January, 2019.

_____
Peggy A. Leen
United States Magistrate Judge